# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONARTHUR VILLANUEVA R., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 5:22-cv-00841-DOC-PD <br><br> **ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATE MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Joint Stipulation, the records on file, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objections to the Report. The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the Report and adopts it as its own findings and conclusions. Accordingly, this action is dismissed with prejudice.

DATED: August 18, 2023

/s/ David O. Carter

DAVID O. CARTER
United States District Judge